**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7166

GARY LEWIS MILLER,

Plaintiff - Appellant,

versus

C. E. CREECY; B. R. HEDSPETH; CORRECTIONAL
OFFICER WOODS; NORTH CAROLINA PRISONER LEGAL
SERVICES, INCORPORATED; L. TYNCH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-99-313-5-F)

Submitted: December 16, 1999     Decided: December 21, 1999

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Lewis Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Lewis Miller appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Miller v. Creecy, No. CA-99-313-5-F (E.D.N.C. Aug. 17, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED